ACCEPTED
15-25-00013-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/7/2025 8:48 AM
CHRISTOPHER A. PRINE
CLERK

1/23/2025 11:55 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-007899
Rosa Oneal

CAUSE NO. D-1-GN-23-007899

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/7/2025 8:48:30 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **BROADMOOR AUSTIN ASSOCIATES, a Texas Joint Venture,** | § § § § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § § § | |
| v. | § § § | |
| **STATE OF TEXAS, acting by and through the Texas Facilities Commission, for and on behalf of the Texas Health and Human Services Commission; THE TEXAS FACILITIES COMMISSION; MIKE NOVAK, in his Official Capacity as Executive Director of the Texas Facilities Commission; THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION; and CECILE ERWIN YOUNG, in her Official Capacity as Executive Commissioner of the Texas Health and Human Services Commission, GLENN HEGAR, Texas Comptroller of Public Accounts; and ROLLAND NILES in his Official Capacity as Deputy Executive Commissioner for the System Support Services division of the Texas Health and Human Services Commission,** | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **TRAVIS COUNTY, TEXAS**<br><br><br><br><br><br>**455ᵀᴴ JUDICIAL DISTRICT** |
| *Defendants.* | § § | |

---

## DEFENDANTS STATE OF TEXAS, THE TEXAS FACILITIES COMMISSION, MIKE NOVAK, THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, AND ROLLAND NILES'S NOTICE OF ACCELERATED INTERLOCUTORY APPEAL AND AUTOMATIC STAY

---

Pursuant to Texas Rules of Appellate Procedure 25.1(a) and 26.1(b), Defendants, the State of Texas, the Texas Facilities Commission, the Texas Health and Human Services Commission, Mike Novak, in his Official capacity as Executive Director of the TFC, and Rolland Niles, in his Official Capacity as Deputy Executive Commissioner for the System Support Services division of HHSC (collectively "Defendants"), gives notice of an appeal of the Court's order of January 8, 2025. Said order granted-in-part and denied-in-part Defendants' Amended Plea to the Jurisdiction to Second Amended Petition.[1]

Defendants are entitled to an interlocutory appeal pursuant to Civil Practice and Remedies Code section 51.014(a)(8), which allows for an immediate appeal from an order that denies a plea to the jurisdiction. Defendants appeal to the Fifteenth Court of Appeals. This is an accelerated appeal as provided by Texas Rule of Appellate Procedure 28.1. This is not a parental termination or child protection case, as defined by Rule 28.4.

Pursuant to Texas Civil Practice and Remedies Code 51.014(b), all further proceedings in this court are stayed pending resolution of Defendants' appeal. Pursuant to section 6.001, as governmental entities and officers, Defendants are not required to file a supersedeas bond for court costs. Defendants' appeal is therefore perfected upon the filing of the notice of appeal.

---

[1] All claims were dismissed against Defendants Cecile Erwin Young, in her Official Capacity as Executive Commissioner of the HHSC, and Glenn Hegar, Texas Comptroller of Public Accounts, and they do not appeal.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Division Chief, General Litigation Division

*/s/ Alyssa Bixby-Lawson*
ALYSSA BIXBY-LAWSON
Attorney-in-Charge
Texas Bar No. 24122680
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(210) 270-1118 | FAX: (512) 320-0667
Alyssa.Bixby-Lawson@oag.texas.gov

*Counsel for Defendants, State of Texas, the Texas Facilities Commission, the Texas Health and Human Services Commission, Mike Novak, in his Official capacity as Executive Director of the TFC, and Rolland Niles, in his Official Capacity as Deputy Executive Commissioner for the System Support Services division of HHSC*

3

## CERTIFICATE OF SERVICE

I certify that on January 23, 2025, the foregoing *Defendants, State of Texas, the Texas Facilities Commission, Mike Novak, the Texas Health and Human Services Commission, and Rolland Niles's, Notice of Accelerated Interlocutory Appeal and Automatic Stay* was filed with the Clerk of this Court and served on the following parties of record via EFileTexas.gov efiling service.

Casey L. Dobson
Sara W. Clark
SCOTT DOUGLASS & MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
cdobson@scottdoug.com
sclark@scottdoug.com

/s/ *Alyssa Bixby-Lawson*
ALYSSA BIXBY-LAWSON
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Alyssa Bixby-Lawson
Bar No. 24122680
victoria.gomez@oag.texas.gov
Envelope ID: 96520598
Filing Code Description: Notice of Appeal
Filing Description: DEFENDANTS STATE OF TEXAS, THE TEXAS FACILITIES COMMISSION, MIKE NOVAK, THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, AND ROLLAND NILES'S NOTICE OF ACCELERATED INTERLOCUTORY APPEAL AND AUTOMATIC STAY
Status as of 1/24/2025 8:54 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Casey LDobson | | cdobson@scottdoug.com | 1/23/2025 11:55:20 AM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 1/23/2025 11:55:20 AM | SENT |
| Angie Espinoza | | aespinoza@scottdoug.com | 1/23/2025 11:55:20 AM | SENT |
| Kemp Kasling | | kkasling@kaslinglaw.com | 1/23/2025 11:55:20 AM | SENT |
| Alyssa Bixby-Lawson | 24122680 | alyssa.bixby-lawson@oag.texas.gov | 1/23/2025 11:55:20 AM | SENT |
| Susie Smith | | ssmith@scottdoug.com | 1/23/2025 11:55:20 AM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 1/23/2025 11:55:20 AM | SENT |
| Murl Miller | | Murl.Miller@cpa.texas.gov | 1/23/2025 11:55:20 AM | SENT |
| Elena Bendea | | Elena.Bendea@cpa.texas.gov | 1/23/2025 11:55:20 AM | SENT |

Associated Case Party: BROADMOOR AUSTIN ASSOCIATES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sara WClark | | sclark@scottdoug.com | 1/23/2025 11:55:20 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Alyssa Bixby-Lawson
Bar No. 24122680
victoria.gomez@oag.texas.gov
Envelope ID: 97100753
Filing Code Description: Copy of Notice of Appeal
Filing Description: 20250123 Notice of Interlocutory Appeal
Status as of 2/7/2025 9:14 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 2/7/2025 8:48:30 AM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 2/7/2025 8:48:30 AM | SENT |
| Sara W.Clark | | sclark@scottdoug.com | 2/7/2025 8:48:30 AM | SENT |
| Casey Dobson | | cdobson@scottdoug.com | 2/7/2025 8:48:30 AM | SENT |
| Kemp Kasling | | kkasling@kaslinglaw.com | 2/7/2025 8:48:30 AM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 2/7/2025 8:48:30 AM | SENT |
| Susie Smith | | ssmith@scottdoug.com | 2/7/2025 8:48:30 AM | SENT |
| Angie Espinoza | | aespinoza@scottdoug.com | 2/7/2025 8:48:30 AM | SENT |